**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RICHMOND CHICAGO, LLC,        )
AND RS FIVE, LLC,               )
                           )
      Plaintiffs,            )
                           )
v.                          )    Case no.:   2025-cv-05244
                           )
SENECA INSURANCE COMPANY, INC.,  )
                           )
      Defendant.          )

## NOTICE OF REMOVAL

Defendant, SENECA INSURANCE COMPANY, INC. ("Seneca") by and through its attorneys, LITCHFIELD CAVO, LLP, pursuant to 28 U.S.C. § 1441 and 1446 hereby files this Notice of Removal of this civil law suit from the Circuit Court of Cook County, Law Division, First District, Case No. 2025 L 003847 to the United States District Court for the Northern District of Illinois – Eastern Division. Removal is based upon 28 U.S.C §1332, §1441 and §1446.

As grounds for removal, Seneca states as follows:

**A.     The Removed Case/Background**

This matter was filed by Plaintiffs, Richmond Chicago, LLC ("Richmond") and RS Five LLC ("RS Five"). (*See* **Exhibit A, Plaintiff's Complaint**). Plaintiffs are registered and active Illinois corporations with principal places of business in Cook County, Illinois. Richmond Chicago, LLC's principal place of business is at 214 Greenfield Dr., Glenview, Illinois 60025. (*See* **Exhibit B, Illinois Secretary of State Record**). RS Five LLC's principal place of business is at 4150 W. Lincolnwood, Illinois 60712. (*See* **Exhibit C, Illinois Secretary of State Record**). Both have registered agents located in Cook County. (*See* **Exhibits B and C**).

The Defendant, Seneca is an insurance company domiciled in the state of New York. **(See Exhibit D, Illinois Department of Insurance corporation record (noting Seneca is domiciled in New York, New York).**

Plaintiff Richmond owns the property at issue located at 6439-45 N. Richmond St., Chicago, Illinois (Exhibit A, ¶6). On or around September 9, 2022, Plaintiff Richmond and Defendant Seneca executed insurance policies (Nos. CMP 4706023 and CUP4701057) with effective dates through September 9, 2023. The policies were to provide property and casualty insurance related to the property at issue. (Exhibit A, ¶7).

On or around April 4, 2023, Plaintiff Richmond allegedly suffered a casualty loss at the property due to wind and hail damage, which included roof damage and interior water damage that resulted in costly repairs. (Exhibit A, ¶¶ 9-10). Richmond filed a property loss claim with Seneca, and thereafter Plaintiff RS Five obtained an assignment of Richmond's claim. (Exhibit A, ¶¶ 11-12). As a result of the alleged property loss, Plaintiffs are alleging breach of contract against Seneca and damages of $219,067.96 plus interest (Exhibit A, ¶14). This value clearly exceeds the $75,000 threshold for removal.

### B. Venue

Venue of this action is proper under 28 U.S.C. §1441(a) because this Court is the United States District Court for the district corresponding to the place where the state court action was pending.

### C. Removal is Timely

Plaintiffs effectuated service on Seneca on or around April 24, 2025 (*See* **Exhibit E, Plaintiff's Summons**). Removal, therefore, is timely under 28 U.S.C. §1446(b) because notice

has been filed within 30 days of Seneca receiving the initial pleading in the state court action on April 24, 2025.

### D. Service of Removal Papers

Pursuant to 28 U.S.C. §1446(d) written notice of removal shall be given to Plaintiffs' counsel and a Notice of Filing of Notice of Removal shall be filed in the Circuit Court of Cook County, Illinois. A true and correct copy of the Notice of Filing of Notice of Removal is attached as **Exhibit F.**

### E. Jurisdiction Under 28 U.S.C. §1332

This is a civil action that properly falls under the Court's original jurisdiction under 28 U.S.C. §1332 and is one that may be removed under 28 U.S.C. §1441. There is a complete diversity of citizenship among the parties. Plaintiffs are businesses in Chicago, Cook County, Illinois. Defendant Seneca is a company duly organized and existing under and by virtue of the laws of the State of New York, with its headquarters and principal place of business in New York, New York.

The amount in controversy in this action exceeds the sum of $75,000 exclusive of interest and costs. By filing this Notice of Removal, Defendant Seneca, does not waive any jurisdictional objections or any other available defenses.

WHEREFORE, this Action should proceed in the United States District Court for the Northern District of Illinois, as an action properly removed hereto.

Respectfully submitted,

/s/James E. Abbott

_____

James E. Abbott
Attorney for Defendant
Seneca Insurance Company, Inc.

James E. Abbott
Firm I.D.: 36351
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, Illinois 60606
(312) 781-6677
abbott@litchfieldcavo.com