**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Richmond Chicago LLC, et al.
Plaintiff,
v.
Seneca Insurance Company, Inc.
Defendant.

Case No.: 1:25−cv−05244
Honorable Jeannice W. Appenteng

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 13, 2025:

MINUTE entry before the Honorable Jeannice W. Appenteng: Settlement conference held on 11/13/2025 and concluded. The parties reached a binding settlement agreement. By 12/29/2025, the parties shall file a stipulation to dismiss or a joint status report updating the Court as to when they anticipate filing dismissal papers. The parties may contact the Judge's chambers at any time by email to the Court's Courtroom Deputy if they need the Court's assistance with any aspect of finalizing the agreement. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.