**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RICHMOND CHICAGO LLC,

Plaintiff,

CASE NO.: 2025-cv-05244

v.

SENECA INSURANCE COMPANY, INC,

Defendant.

**STIPULATION FOR DISMISSAL**

The parties represent to the court that the case has settled.

IT IS HEREBY ORDERED:

1. This case is dismissed with prejudice and without costs.

................................................................, 2026
ENTER:
.......................................................................

RESPECTFULLY SUBMITTED,

HAIR SHUNNARAH TRIAL ATTORNEYS

/s/ Greta Lloyd
______________________________

3001 17th Street,
Metairie, LA 70002
(312) 300-4147
glloyd@hstalaw.com
Attorney for Plaintiffs

SENECA INSURANCE COMPANY, INC.
/s/ James E. Abbott
________________________________

Firm I.D.: 36351
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, Illinois 60606
(312) 781-6677
abbott@litchfieldcavo.com