**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Richmond Chicago LLC, et al.

Plaintiff,

v.

Case No.: 1:25−cv−05244
Honorable Jeannice W. Appenteng

Seneca Insurance Company, Inc.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 11, 2026:

MINUTE entry before the Honorable Jeannice W. Appenteng: Given the parties' stipulation for dismissal [28], this case is dismissed with prejudice and without costs. Civil case terminated. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.